CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICA FIRST LEGAL
FOUNDATION

                            )
                            )
                            )
                            )
              Plaintiff     )        Civil Action No. ___1:22-cv-2991_____
         vs                 )
                            )
FEDERAL BUREAU OF           )
INVESTIGATION               )
                            )
              Defendant     )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __AMERICA FIRST LEGAL FOUNDATION__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __AMERICA FIRST LEGAL FOUNDATION__ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__1027252_____      Michael Ding
BAR IDENTIFICATION NO.                Print Name

                                      611 Pennsylvania Ave SE #231
                                      Address

                                      Washington      DC        20003
                                      City            State     Zip Code

                                      (202) 964-3721
                                      Phone Number