UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br><br>          Defendants. | Civil Action No. 1:22-cv-2991 (TSC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of William Scolinos as counsel for the Plaintiff in the above captioned case substituting for Michael Ding.

Dated: March 7, 2025
Washington D.C.

Respectfully submitted,

By: /s/ *William Scolinos*
William Scolinos (D.C. Bar No. 90023488)
Tel: (202) 964-3721
E-mail: William.Scolinos@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for America First Legal Foundation*